```
FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| LESESTER D. McDAUGHTERY, | ) |
| Petitioner, | ) Case No. EDCV 08-260-SJO (AJW) |
| vs. | ) |
| JAMES L. NORWOOD, Warden, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that this motion pursuant to 28 U.S.C. §2255 is dismissed for lack of jurisdiction.

Dated: 4/3/08

S. James Otero
United States District Judge